Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of floor coverings, composed wholly or in chief value of rush and not of grass or of rice straw, which do not have a felt base, the same in all material respects as those the subject of Abstracts 57889 and 57890, the claim of the plaintiffs was sustained.

**No. 59058.**—China Dry Goods Co. and Frank P. Dow Co., Inc., et al. v. United States, protests 237217–K, etc. (San Francisco).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of floor coverings, composed wholly or in chief value of rush and not of grass or of rice straw, which do not have a felt base, the same in all material respects as those the subject of Abstracts 57889 and 57890, the claim of the plaintiffs was sustained.

**No. 59059.**—D. C. Andrews & Company, Inc. v. United States, protests 241759–K and 241760–K (New York).

Opinion by Rao, J. An examination of the official record disclosing no reason for disturbing the presumptively correct classification of the merchandise made by the collector, the protests were overruled.

**No. 59060.**—Concord Shear Co. v. United States, protest 244393–K (New York).

Opinion by Rao, J. An examination of the official record disclosing no reason for disturbing the presumptively correct classification of the merchandise made by the collector, the protest was overruled.

BEFORE THE THIRD DIVISION, MAY 12, 1955

**No. 59061.**—H. A. Gogarty, Inc. v. United States, protests 247200–K and 247473–K (New York).

Opinion by Johnson, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protests were overruled.

**No. 59062.**—Alintex, Inc. v. United States, protests 247428–K and 248327–K (New York).

Opinion by Johnson, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protests were overruled.

**No. 59063.**—Aero Sea Shipping Corporation v. United States, protest 247443–K (New York).